THE CHRISTIAN ORPHAN HOME, a religious corporation of the State of New Jersey, complainant-appellant,

*v.*

GUARANTY TRUST COMPANY OF NEW YORK, a corporation, executor, et al., defendants-respondents.

[Submitted October term, 1936. Decided January 22d, 1937.]

Mr. *Eznick Bogosian* and Messrs. *Bauer & Ranker,* for the complainant-appellant.

Messrs. *Morrison, Lloyd & Morrison* (*Mr. William T. Morrison, Jr.*), for the defendant-respondent Sisters of St. Joseph of Peace.

Messrs. *Hulst, Hennessy, Mowry & Widnall* (*Mr. Frank H. Hennessy*), for the defendants-respondents Guaranty Trust Company of New York and Paul H. Voegeli, executors.

PER CURIAM.

We agree with the conclusions determined in the court of chancery. The decree below will be affirmed.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CASE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 12.

*For reversal*—None.